Larry J. Kuznetz
Michael M. Parker
Powell, Kuznetz & Parker, P.S.
316 W. Boone, Suite 380
Rock Pointe Tower
Spokane, WA  99201-2346
(509) 455-4151
Facsimile:  (509) 455-8522

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO

| | |
|---|---|
| CLARK D. MATTHEWS, | No.  2:17-cv-00402-BLW |
| Plaintiff, | |
| vs. | |
| KOOTENAI COUNTY, a political subdivision of the State of Idaho; BEN WOLFINGER, Kootenai County Sheriff; Deputy J. LEYK, Kootenai County Sheriff; Deputy R. LYONS, Kootenai County Sheriff; CITY OF COEUR D' ALENE, IDAHO, a political subdivision of the State of Idaho; LEE WHITE, Police Chief, Coeur d' Alene Police; Officer J. PLEGER, Coeur d' Alene Police; and Officer, S. MORTENSEN, | AMENDED COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL |
| Defendants. | |

COMPLAINT FOR DAMAGES AND DEMAND FOR
JURY TRIAL - 1

LAW OFFICE OF
POWELL, KUZNETZ & PARKER
A PROFESSIONAL SERVICE CORPORATION
316 W. BOONE AVE., ROCK POINTE TOWER, STE. 380
SPOKANE, WASHINGTON 99201-2346
PHONE:  (509)455-4151
FAX:  (509)455-8522

## I. Introduction

This is a Complaint for money damages against Defendants for committing acts under color of law that deprived Plaintiff of rights guaranteed by the United States Constitution. Defendants in their capacity as officers or employees of Kootenai County Sheriff's Department and City of Coeur d' Alene Police subjected Plaintiff to excessive force during his arrest and failed to provide appropriate medical attention for his injuries, in violation of rights guaranteed by the Fourth and Fourteenth Amendments to the United States Constitution, and applicable federal and state law.

## II. Jurisdiction

This action arises under 42 U.S.C. § 1983 and § 1988, the Fourth and Fourteenth Amendments to the United States Constitution and applicable Idaho State law. Jurisdiction is based upon 28 U.S.C. § 1331, 1343 and 1367 and the aforementioned constitutional and statutory provisions.

## III. Parties and Venue

1. Plaintiff is and was at all times relevant herein a citizen of the United States and a resident of Seattle, Washington.

2. Defendants Kootenai County Sheriff (County) and City of Coeur d' Alene (City) are all political subdivisions of the State of Idaho located in this judicial district. The County and City have the right to be sued in their respective names and for the acts and omissions of their agents and employees. At all relevant times Defendants County and City had the power, right and duty to control the manner in which the individual Defendants carried out objectives of their employment and to see that all orders, rules, instructions, and regulations promulgated by the County and City were consistent with United States Constitution, the laws of the United States, the State of Idaho, and Kootenai County.

COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL - 2

LAW OFFICE OF
POWELL, KUZNETZ & PARKER
A PROFESSIONAL SERVICE CORPORATION
316 W. BOONE AVE., ROCK POINTE TOWER, STE. 380
SPOKANE, WASHINGTON 99201-2346
PHONE: (509)455-4151
FAX: (509)455-8522

3. Defendant Ben Wolfinger (Wolfinger) was at all times relevant herein the duly appointed Kootenai County Sheriff. As such, he was responsible for supervising the training, instruction, discipline, control and conduct of the Defendant County officers. On information and belief, Defendant Wolfinger was also charged with promulgating all orders, rules, instructions, and regulations of the Kootenai County Sheriff's Department, including but not limited to those orders, rules, instructions and regulations concerning the proper investigation of alleged crimes and arrest procedures, and upon information and belief had overall supervisory responsibility for the K-9 Unit. He is sued in both his individual and official capacity.

4. Defendant J. Leyk (Leyk) at all times relevant herein was a duly appointed and acting officer of the Kootenai County Sheriff's Department.

5. Defendant R. Lyons (Lyons) at all times relevant herein was a duly appointed and acting officer of the Kootenai County Sheriff's Department and a K-9 officer and handler of Sheriff's dog "Manus."

6. Defendant Lee White (White) was at all times herein the City of Coeur d'Alene Police Chief. As such, he was responsible for supervising the training, instruction, discipline and control of the defendant city officer. On information and belief, Defendant White was also charged with promulgating all order, rules, instructions and regulations of the city's police department including but not limited to those order, rules, instructions and regulations concerning proper investigations of alleged crimes and arrest procedures. He is sued in both his individual and official capacity.

7. Defendant J. Pleger (Pleger) at all times relevant herein was a duly appointed and acting officer of the City's Police Department.

8. Defendant Officer S. Mortensen (Mortensen) at all times relevant herein was a duly appointed and acting officer of the City's Police Department.

COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL - 3

LAW OFFICE OF
POWELL, KUZNETZ & PARKER
A PROFESSIONAL SERVICE CORPORATION
316 W. BOONE AVE., ROCK POINTE TOWER, STE. 380
SPOKANE, WASHINGTON 99201-2346
PHONE: (509)455-4151
FAX: (509)455-8522

9. All acts complained have occurred in the City of Coeur d' Alene, Kootenai County, Idaho.

IV. Facts

10. On or about October 2, 2015, Plaintiff was driving along Interstate 90 eastbound when he was pulled over at approximately milepost 16 by Officer Pleger.
11. Additional units arrived including a K-9, Manus with its handler, Deputy Lyons and Deputy Leyk.
12. Based upon orders from the officers, Plaintiff was commanded to show his hands and exit the vehicle.
13. Plaintiff responded by showing his hands outside the driver's side window but could not unbuckle his seat belt to exit the vehicle.
14. The officers continued to demand Plaintiff exit the vehicle. In order to do so, Plaintiff had to remove his hand from the window to unbuckle his seat belt.
15. Immediately upon attempting to unbuckle his seatbelt, Deputy Lyons ordered the K-9 dog, Manus to attack. Manus jumped and grabbed the left forearm of Plaintiff while Plaintiff was still sitting in his vehicle.
16. Officer Pleger approached the vehicle, pulled Plaintiff from it and cut the seat belt off of him while he was handcuffed by officer deputy Leyk. During the whole time K-9 dog, Manus was attacking and malling Plaintiff and would not release his jaws from Plaintiff's left forearm.
17. Plaintiff was taken to Kootenai Medical Center for treatment of the injuries inflicted by Manus.
18. At Kootenai Medical Center, a search was performed and Plaintiff was cited for driving while under the influence.

COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL - 4

LAW OFFICE OF
POWELL, KUZNETZ & PARKER
A PROFESSIONAL SERVICE CORPORATION
316 W. BOONE AVE., ROCK POINTE TOWER, STE. 380
SPOKANE, WASHINGTON 99201-2346
PHONE: (509)455-4151
FAX: (509)455-8522

19. Defendants, Lyons, Leyk, Pleger, and Mortensen all used excessive force in detaining Plaintiff as there was no reasonable fear that the officers would be harmed, and all actions by Plaintiff were reasonable.
20. Defendants, Lyons, Leyk, Pleger and Mortensen all used excessive and unreasonable force by permitting the dog to unnecessarily and unreasonably attack Plaintiff.
21. Plaintiff suffered severe and permanent injuries to his left arm as well as significant pain and suffering, all as a result of the K-9 attack.
22. Despite his injuries, Plaintiff was handcuffed and placed into the back of Defendant Leyk's police car.
23. Plaintiff was not given medical attention at the scene despite his serious injuries.
24. As a result of the incident, Plaintiff has suffered physical and emotional trauma and pain.
25. Since the incident, Plaintiff has been treated for physical injuries he suffered from the incident.
26. Plaintiff was injured primarily in his left arm but also suffered injuries to other areas of his body. He has incurred past and future medical expenses for those injuries as well as pain and suffering, emotional distress, loss of enjoyment of life, lost wages, lost future earnings and has permanent scarring. He was deprived of his rights under the Fourth and Fourteenth Amendments to the United States Constitution all to his damage in an amount to be proven at trial.

V. Count No. 1 (§ 1983 Action for Use of Excessive Force by Defendants, Officers Lyons, Leyk, Pleger and Mortensen)

27. All prior paragraphs of this Complaint are incorporated by reference herein.

COMPLAINT FOR DAMAGES AND DEMAND FOR
JURY TRIAL - 5

LAW OFFICE OF
POWELL, KUZNETZ & PARKER
A PROFESSIONAL SERVICE CORPORATION
316 W. BOONE AVE., ROCK POINTE TOWER, STE. 380
SPOKANE, WASHINGTON 99201-2346
PHONE: (509)455-4151
FAX: (509)455-8522

28. The actions of Officers Lyons, Leyk, Pleger and Mortensen as described above were excessive, unreasonable and done under color of law. They were engaged in a joint venture, assisted each other and lent their physical presence, support and authority of their office to each other.

29. As a result of the unnecessary and unreasonable use of excessive force, Plaintiff was severely injured and has incurred past and future medical expenses for his injuries. He was and still is not able to attend to his usual affairs, incurred pain and suffering, emotional distress, loss of enjoyment of life, lost wages and lost future earnings, sustained a diminished earning capacity, has permanent scarring and disfigurement, and was deprived of his rights under the Fourth and Fourteenth Amendments to United States Constitution, all to his damage in an amount to be proved at trial.

30. By using excessive force in effectuating Plaintiff's arrest and by allowing the K-9 to unnecessarily and unreasonably attack Plaintiff causing subsequent injury, pain and suffering, and emotional distress for no legitimate safety, security or other reasonable justification, Defendant Officers Lyons, Leyk, Pleger and Mortensen conducted the arrest of Plaintiff in a manner that was unreasonable and deprived Plaintiff of clearly established rights under the Fourth and Fourteenth Amendments to the United States Constitution.

31. Based upon information and belief, Defendant officers either were directly involved in and/or were present at the time unnecessary, unreasonable and excessive force was used on Plaintiff and had a realistic opportunity to intervene and prevent such injury to the Plaintiff. Defendants unreasonably failed to intervene and failed to prevent the unnecessary and unreasonable use of excessive force on Plaintiff in violation of Plaintiff's rights under the Fourth and Fourteenth Amendments to the United States Constitution.

32. As a result of these Defendant officers failure to intervene, Plaintiff was severely injured and incurred past and future medical expenses for his

COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL - 6

LAW OFFICE OF
POWELL, KUZNETZ & PARKER
A PROFESSIONAL SERVICE CORPORATION
316 W. BOONE AVE., ROCK POINTE TOWER, STE. 380
SPOKANE, WASHINGTON 99201-2346
PHONE: (509)455-4151
FAX: (509)455-8522

injuries, was and is still unable to attend his usual affairs, incurred pain and suffering, emotional distress, loss of enjoyment of life, lost wages and lost future earnings, sustained a diminished earning capacity, has permanent scarring and disfigurement, and was deprived of his rights under the Fourth and Fourteenth Amendments to the United States Constitution, all to his damage in an amount to be proved at trial.

### VI. Count No. 2 (§ 1983 Claim Against Defendants Kootenai County and Kootenai County Sheriff)

33. All prior paragraphs of this Complaint are incorporated herein by reference.
34. The actions of Defendants, Lyons, Leyk, Pleger and Mortensen in allowing excessive force and/or the K-9 to apprehend and attack Plaintiff was the result of County K-9 policy, custom or lack of K-9 policy (deliberate indifference) regarding the proper use of force and reasonable use of force in arresting the Plaintiff.
35. On information and belief, Defendant Wolfinger, as Kootenai County Sheriff, authorized, approved, or acquiesced in the excessive force and/or K-9 force policy and was responsible for the operations of the Sheriff's Department as a whole.
36. As a result of Defendants County and Wolfinger's K-9 arrest policy or custom, or lack thereof, Plaintiff suffered severe injuries and incurred past and future medical expenses for his injuries, was and is still unable to attend his usual affairs, incurred pain and suffering, emotional distress, loss of enjoyment of life, lost wages and lost future earnings, sustained a diminished earning capacity, has permanent scarring and disfigurement, and was deprived of his rights under the Fourth and Fourteenth Amendments to the United States Constitution, all to his damage in an amount to be proven at trial.

COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL - 7

LAW OFFICE OF
POWELL, KUZNETZ & PARKER
A PROFESSIONAL SERVICE CORPORATION
316 W. BOONE AVE., ROCK POINTE TOWER, STE. 380
SPOKANE, WASHINGTON 99201-2346
PHONE: (509)455-4151
FAX: (509)455-8522

VII. Count No. 3 (§1983 Claim Against Defendant City and Police Chief)

37. All prior paragraphs of this Complaint are incorporated herein by reference.

38. The actions of Defendants, Pleger and Mortensen in participating in the arrest of Plaintiff were the result of City policy or custom or lack of policy (deliberate indifference) regarding the proper use of force and reasonable use force in arresting Plaintiff.

39. Defendant, City was engaged in a joint venture with the Defendant County.

40. On information and belief Defendant White authorized, approved or acquiesced in the use of force policy with Defendant City and was responsible for the operations of Officers Pleger, Mortensen and the Coeur d' Alene Police Department.

41. As a result of Defendants City and White's use of reasonable force policy or custom or lack thereof, Plaintiff suffered severe injuries and incurred past and future medical expenses for his injuries, was and still is not able to attend his usual affairs, incurred pain and suffering, emotional distress, loss of enjoyment of life, lost wages and lost future earnings, sustained a diminished earning capacity, has permanent scarring and disfigurement, and was deprived of his rights under the Fourth and Fourteenth Amendments to the United States Constitution, all to his damage in an amount to be proved at trial.

VIII. Count No. 4 (Claim for Adverse Tax Consequenses)

42. All prior paragraphs of this Complaint are incorporated herein by reference.

43. To the extent Plaintiff suffers any adverse tax consequences as a result of an award arising out of his claims, an additional award should be made to Plaintiff post-trial to offset any adverse tax consequences.

COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL - 8

LAW OFFICE OF
POWELL, KUZNETZ & PARKER
A PROFESSIONAL SERVICE CORPORATION
316 W. BOONE AVE., ROCK POINTE TOWER, STE. 380
SPOKANE, WASHINGTON 99201-2346
PHONE: (509)455-4151
FAX: (509)455-8522

VIIII.   Request for Relief

WHEREFORE Plaintiff respectfully requests that this court enter a judgment against all Defendants jointly and severally as follows:

a. For general damages in an amount to be proved at trial;

b. For special damages in an amount to be proved at trial;

c. For past and future medical expenses in an amount to be provedat trial;

d. For lost wages, loss of future earnings and diminished earning capacity in an amount to be proved at trial;

e. For punitive and exemplary damages allowed by law;

f. For judgment and post-judgment interest;

g. For attorney fees pursuant to statute including but not limited to 42 U.S.C. § 1988;

h. For costs and expenses incurred herein;

i. For damages to offset adverse income tax consequences with any award made; and

j. For such further relief as this court deems just and equitable.

IX.   Jury Demand

A jury trial is hereby demanded for all issues pursuant to F.R.C.P. 38.

COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL - 9

LAW OFFICE OF
POWELL, KUZNETZ & PARKER
A PROFESSIONAL SERVICE CORPORATION
316 W. BOONE AVE., ROCK POINTE TOWER, STE. 380
SPOKANE, WASHINGTON 99201-2346
PHONE: (509)455-4151
FAX: (509)455-8522

DATED this 25th day of October, 2017.

Respectfully Submitted
POWELL, KUZNETZ & PARKER, P.S.


By: ____/S/___*Larry J. Kuznetz*_____          By: _____/S/___*Michael M. Parker*_____
   Larry J. Kuznetz, ISB 7240                          Michael M. Parker, ISB 4031
   Attorneys for Plaintiff                                   Attorneys for Plaintiff

COMPLAINT FOR DAMAGES AND DEMAND FOR
JURY TRIAL - 10

LAW OFFICE OF
POWELL, KUZNETZ & PARKER
A PROFESSIONAL SERVICE CORPORATION
316 W. BOONE AVE., ROCK POINTE TOWER, STE. 380
SPOKANE, WASHINGTON 99201-2346
PHONE: (509)455-4151
FAX: (509)455-8522