UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| CLARK D. MATTHEWS,<br><br>Plaintiff,<br><br>vs.<br><br>KOOTENAI COUNTY, a political subdivision of the State of Idaho, BEN WOLFINGER, Kootenai County Sheriff, Deputy J. LEYK, Kootenai County Sheriff; Deputy R. LYONS, Kootenai County Sheriff; CITY OF COEUR D'ALENE, IDAHO, a political subdivision of the State of Idaho; LEE WHITE, Police Chief, Coeur d'Alene Police; Officer J. PLEGER, Coeur d'Alene Police; and Officer S. MORTENSEN,<br><br>Defendants. | Case No. 2:17-cv-00402-BLW<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

Based upon the Stipulation for Dismissal,

NOW THEREFORE IT IS HEREBY ORDERED, that the Stipulation (docket no. 30) is APPROVED, and that the above-entitled matter be, and the same is hereby DISMISSED WITH PREJUDICE, and without costs to any party upon the grounds that the matter has been fully settled as to all claims. The Clerk's Office is directed to close the case.

DATED: August 7, 2018

_____
B. Lynn Winmill
Chief U.S. District Court Judge

**ORDER FOR DISMISSAL WITH PREJUDICE - 1**